M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2016 FEB 29 P 1:43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ROBERT JENKINS #115765
Full name and prison name of
Plaintiff(s)

v.

CHAPLAIN OSSIE BROWN
~~v R.D. #115765~~
~~[scribbled out]~~
EMPLOYEES AT ELMORE, C.F.
+ STATE OF ALABAMA

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

)
)
)
)
)
)      CIVIL ACTION NO. 2:16-CV-135-WHA-TFM
)      (To be supplied by Clerk of U.S. District
)      Court)
)
)
)
)
)
)
)
)

I.   PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   YES ☑   No ☐

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☑   NO ☐

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

           Plaintiff(s) ROBERT JENKINS #115765

           Defendant(s) STATE OF ALABAMA, WARDEN LEON FORNISS, et al.

      2.   Court (if federal court, name the district; if state court, name the county)
           U.S. DIST. FOR THE MIDDLE DISTRICT - NORTHERN DIV.,
           MONTGOMERY CO. CIRCUIT COURT

3. Docket number CIVIL ACTION'S #2:15 CV-432+492

4. Name of judge to whom case was assigned HON. JUDGE'S WALLACE CAPEL, JR. & HON. GRAY M. BORDEN

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) STILL PENDING X 2

6. Approximate date of filing lawsuit JULY 2015 X 2

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT ELMORE C.F.

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED ELMORE C.F. X 2

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. CHAPLAIN OSSIE BROWN | ELMORE C.F., 3520 MARION SPILLWAY RD - ELMORE AL 36025
2. ~~CLASSIFICATION SUPERVISOR~~ R.J. | ~~3520 SPILLWAY RD - ELMORE AL~~
3. SEPARATE ACTION
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ON OR ABOUT FEB. 1ST 2016

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I WAS RECENTLY ASKED TO TAKE PART IN A RELIGIOUS THEMED SO. GOSPEL MUSIC GROUP AT THE ELMORE C.F. CHAPEL. (RETALIATION.)

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

DEF. OSSIE BROWN, WHEN ASKED ABOUT THE PLAINTIFF'S PARTICIPATION IN THIS GOSPEL MUSICAL GROUP, BROWN STATED THAT HE, (BROWN),"WOULD NOT EVEN DISCUSS PLAINTIFF'S PARTICIPATION IN ANY CHAPEL BASED PROGRAM"!! THIS ACTION BY BROWN, WAS CLEARLY BASED ON PLAINTIFF'S PREVIOUS FILED ACTION PENDING BEFORE THIS HONORABLE COURT... RETALIATION.?

**GROUND TWO:**

**SUPPORTING FACTS:** INMATE: VICTOR ALLEN & JOSHUA JERNIGAN WERE PRESENT & WITNESSED THESE STATEMENT(S) FROM CHAPLAIN OSSIE BROWN... ALSO REG. DIR. CHAPLAIN WOODFIN WAS NOTIFIED OF THIS "SITUATION," AND PLAINTIFF WAS INSTRUCTED TO WRITE A REQUEST TO WARDEN FORNISS & REPORT THIS RETALIATORY ACTION BY DEF. OSSIE BROWN

**GROUND THREE:**

**SUPPORTING FACTS:**

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

PUNITIVE DAMAGES OF $10,000.00 FROM DEF. OSSIE BROWN & 30 DAYS SUSPENSION FROM EMPLOYMENT WITHOUT PAY. ISSUANCE OF RESTRAINING ORDER AGAINST DEF. BROWN TO GUARD AGAINST FUTURE RETALIATION THROUGH HIS JOB-RELATED ACTIONS REGARDING THE PLAINTIFF.

Robert Jenkins #115765
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2-15-2016
            (Date)

Robert Jenkins #115765
Signature of plaintiff(s)

ROBERT JENKINS #115765
3520 MARION SPILLWAY RD. (A1-73B)
ELMORE, AL. 36025

LEGAL MAIL
TO FED. COURT

U.S. District Court
Attn: Office of the Clerk
One Church St, STE. B-110
Montgomery, AL.
36104-4018

LEGAL MAIL